Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the   *MIDDLE*

District of *FLORIDA*

Division

|  |  |
|---|---|
| RASHAD DEVON BESSENT<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>"SEE ATTACHED"<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **8:24 cv 550 SDM-NHA**<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          RASHAD DEVON BESSENT

Address       205 POTTER AVE

ARCADIA          FL          34266
*City*          *State*          *Zip Code*

County        DE SOTO

Telephone Number    941-740-2941

E-Mail Address      TTBESSENT@GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name          DESOTO COUNTY SHERIFFS OFFICE

Job or Title *(if known)*

Address       208 E. CYPRESS ST

ARCADIA          FL          34266
*City*          *State*          *Zip Code*

County        Desoto

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name          GUY FLOWERS

Job or Title *(if known)*    JODGE

Address       115 E. OAK ST

ARCADIA          FL          34266
*City*          *State*          *Zip Code*

County        DESOTO

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _FLORIDA DEPARTMENT OF REVENUE_

Job or Title *(if known)* _CHILD SUPPORT ENFORCEMENT_

Address _10 S. DESOTO AVE_

_ARCADIA_ _FL_ _34266_
City            State          Zip Code

County _DESOTO_

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name _BRYAN THOMAS LAWLOR_

Job or Title *(if known)* _STATE ATTORNEY_

Address _115 E. OAK ST 3RD FLR_

_ARCADIA_ _FL_ _34266_
City            State          Zip Code

County _DESOTO_

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FIFTH AMENDMENT, 14TH AMENDMENT, 11TH AMENDMENT, 18 USC 241, 18 USC 242, 18 USC 245, 18 USC 286 18 USC 287, 18 USC 371, 18 USC 1031, 18 USC 1519(a)(b)(2), 18 USC 1621 (1)(a)(b)(2)(3)(4)(5) 18 USC 8382 18 USC 455, 31 USC 3729, 40 USC 1983, 42 USC 658, TORT CLAIM FALSE LIGHT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _RASHAD BESSENT_

Address _205 POTTER AVE_

_ARCADIA_              _FL_              _34266_
    City            State         Zip Code

County _DESOTO_

Telephone Number _941-790-2241_

E-Mail Address _TTBESSENT@GMAIL.COM_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5

Name _FLORIDA DEPARTMENT OF HIGHWAY MOTOR VEHICLE_

Job or Title *(if known)*

Address _201 E OAK ST_

_ARCADIA_              _FL_              _34266_
    City            State         Zip Code

County _DESOTO_

Telephone Number _863 993 4293_

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 6

Name _NJURVIS NUNEZ_

Job or Title *(if known)* _DEPUTY_

Address _218 E CYRESS ST_

_ARCADIA_              _FL_              _34266_
    City            State         Zip Code

County _DESOTO_

Telephone Number _863-993-4700_

E-Mail Address *(if known)*

☒ Individual capacity    ☐ Official capacity

2

Page 2 of 6

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. RIGHT TO TRAVEL, FALSE LIGHT, CLEAN HANDS CLAUSE, MALICIOUS PROSECUTION, FAILURE TO HONOR OATH, DISREGARD OF ARTICLE 6

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

DESOTO COUNTY

B.    What date and approximate time did the events giving rise to your claim(s) occur?
TRAFFIC STOP OCTOBER 10, 2023 @
DESOTO COUNTY COURT HOUSE

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* MY RIGHT TO TRAVEL WAS IMPEDED ON FOR A WRONGFULLY SUSPENDED DRIVERS LICENSE WITHOUT BEING GIVEN DUE PROCESS. THE STATE I WAS THREATENED INTO SIGNING A TRAFFIC CITATION AFTER EXPRESSING MY RIGHT TO TRAVEL. MY PERSONAL PROPERTY (DRIVERS LICENSE) WAS CONFISCATED, THE STATE FILE CRIMINAL CHARGES LACKING CORPUS DELICTI. JUDGE GUY POWERS REFUSE TO ACCEPT & REVIEWED MY SUBMITTED CASE LAW & PLEADINGS, STATE ATTORNEY & JUDGE DEFAULT ON MY REQUEST FOR OATH OF OFFICE, PROOF OF CLAIM & DISCOVERY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. FALSE IMPRISONMENT, DEFAMATION, FALSE LIGHT, EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MENTAL DISORDERS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, ADHESION CONTRACT, CALUMNY, FRAUDENTLY MISREPRESENT PERSONAL AUTONOMY

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. REQUESTING MONEY DAMAGES MAXIMUM ALLOWED BY LAW FOR COMPENSATORY DAMAGES, PUNITIVE DAMAGES, INJUNCTIVE RELIEF, & ANY OTHER RELIEF DEEMED JUST & PROPER BY THE COURT.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    *Coseny: rashad - devon , beneficiary/agent ucc 1-308*

Printed Name of Plaintiff    *RASHAD DEVON BESSENT*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____